UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET WEIS, LLC, a Wisconsin Limited Liability Company; TRACY HICKMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WIZARDS OF THE COAST LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:20-CV-01533<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Margaret Weis, LLC and Tracy Hickman hereby gives notice that the above-captioned action is voluntarily dismissed as to Wizards of the Coast LLC, without prejudice. Defendant Wizards of the Coast LLC has not filed an answer or motion for summary judgment, no proceedings or discovery have been undertaken as to these claims, and this action is not subject to any federal statute which would preclude the dismissal of this action under Rule 41(a)(1)(A)(i).

///

///

///

///

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No.
Page No. 1

PARSONS, BEHLE & LATIMER
1032 34th Avenue E
Seattle, Washington 10001
Tel: (801) 536-6761

1   DATED THIS ___ day of December, 2020.

PARSONS BEHLE & LATIMER

By   */s/ Margaret Niver McGann*
   Margaret Niver McGann
   Washington State Bar Number 49582
   mmcgann@parsonsbehle.com

   PARSONS, BEHLE & LATIMER
   1032 34th Avenue E
   Seattle, Washington 98112
   Tel: (801) 536-6761
   Fax: (801) 536-6111

   WEINTRAUB TOBIN
   LAW CORPORATION
   David R Gabor (*pro hac pending*)
   Josiah M. Prendergast (*pro hac pending*)
   10250 Constellation Blvd., Suite 2900
   Los Angeles, California 90067
   Tel: (310) 858-7888
   Fax: (310) 550-7191
   Email: dgabor@weintraub.com

   Attorneys for Plaintiffs
   Margaret Weis, LLC and Tracy Hickman

NOTICE OF DISMISSAL WITHOUT PREJUDICE     PARSONS, BEHLE & LATIMER
Case No.     1032 34th Avenue E
Page No. 2     Seattle, Washington 10001
    Tel: (801) 536-6761